SCHWARTZ & BENJAMIN, INC., Respondent, v. STEVE ALEXANDERSON, etc., and Others, Appellants.— Motion for stay denied upon condition that plaintiff stipulate to go to trial on Monday, February 17, 1930, and this court directs that the case be placed at the head of the calendar of the Kings County Special Term of the Supreme Court for that date. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN H. SINGER, Respondent, v. WESTCHESTER SERVICE CORPORATION, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ROCCO A. SOLOMITA, Respondent, v. MICHAEL FRUHLING, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

HAROLD L. R. THOMAS, Respondent, v. ROSE EDITH DES ANGES HAWKINS, as Administratrix, etc., of HENRY L. DES ANGES, Deceased. THOMAS HALSEY FOSTER and FRANCIS E. DE RAIEMES, Appellants.— Stay granted for five days to enable appellants to make application at Special Term to open default in serving answer, and if said default be opened, for an extension of time to serve an answer, within a period to be stated, after the determination of this appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CHARLES WOOD, an Infant under the Age of Fourteen Years, by FRED WOOD, His Guardian ad Litem, Respondent, v. MARTIN SAUNDERS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

YONKERS BUILDERS' SUPPLY COMPANY, Appellant, v. FREDERICK ROEBER COMPANY, INC., COUNTY OF WESTCHESTER, FIRST NATIONAL BANK OF SOUTHAMPTON, Respondents. CONNECTICUT QUARRIES CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

YONKERS BUILDERS' SUPPLY COMPANY, Appellant, v. FREDERICK ROEBER COMPANY, INC., COUNTY OF WESTCHESTER, FIRST NATIONAL BANK OF SOUTHAMPTON, Respondents. CONNECTICUT QUARRIES CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

BARNEY ZINICK, Respondent, v. BETTINELLI TILE WORKS, INC., and Another, Appellants. 223 LENOX ROAD APARTMENTS, INC., and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

BARNEY ZINICK, Respondent, v. TILEFLO MANUFACTURING CO., INC., Appellant. 223 LENOX ROAD APARTMENTS, INC., and Others. Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ETTA AYERVAIS, Respondent, v. AARON REUBEN, Appellant, and REUBEN'S THAT'S ALL, INC., Defendant.— Judgment unanimously affirmed, with costs.